Larry COFFMAN, others similarly situated under the 632.480 et seq, Appellant,

v.

Alan BLAKE, Coo; Jay Englehart, M.D.; Marty Bellew–Smith, Ph.D.; Mary Weiler, Ph.D.; Linda Mead, Ph. D.; Linda Whiter, LCSW; Mar Chessy, Head Sec.; John Doe; James Doe, SA, All M.S.O.T.C. Facility, Appellees.

No. 04–3706.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 1, 2005.

Decided Nov. 17, 2005.

Larry Coffman, Farmington, MO, pro se.

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Larry Coffman, who is civilly committed to the Missouri Sexual Offender Treatment Center, appeals the district court's[1] preservice dismissal under 28 U.S.C. § 1915(e)(2)(B) of his 42 U.S.C. § 1983 complaint. Following de novo review, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we affirm, *see* 8th Cir. R. 47B, but we modify the dismissal to be without prejudice as to any claims Coffman raised that were barred by *Heck v.*

[1]. The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

*Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). *See Schafer v. Moore,* 46 F.3d 43, 45 (8th Cir.1995) (per curiam). We also deny Coffman's request for appointment of appellate counsel.